COURT OF APPEALS 
SECOND DISTRICT OF TEXAS 
FORT WORTH 
 
NO. 2-05-375-CV 

 
 
IN RE KIERON DEREK PENIGAR                                                   RELATOR 

------------
ORIGINAL PROCEEDING
------------
MEMORANDUM OPINION[1]
------------
        The court has considered relator's “Application for a Writ of Error Coram 
Nobis” and is of the opinion that relief should be denied.  Accordingly, relator's 
“Application for a Writ of Error Coram Nobis” is denied. 
        Relator shall pay all costs of this original proceeding, for which let 
execution issue. 
 
                                                                  PER CURIAM 


PANEL A:  
MCCOY, J.; CAYCE, C.J.; and DAUPHINOT, J. 

DELIVERED:  
November 7, 2005 

 
NOTES
1. See Tex. R. App. P. 47.4.